ZAREMBKA *v.* ZAREMBKA.

[No. 19,336. Filed November 21, 1963.]

*Harry S. Taylor,* of South Bend, for appellant.

*Frank X. Kopinski* and *George Sands,* both of South Bend, for appellee.

ON DENIAL OF PETITION TO TRANSFER

PER CURIAM.—The petition to transfer to this Court is denied. We do not, however, by our denial of transfer in this case necessarily approve of all of the statements made in the opinion of the Appellate Court reported in 181 N. E. 2d 867.

Myers, C. J., not participating.

NOTE.—Reported in 193 N. E. 2d 903.